

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 15, 2022

BY ECF
Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

    Re:    ***Khan v. U.S. Department of Defense et al.,***
              **18 Civ. 5334 (DLC)**

Dear Judge Cote:

    In accordance with the Court's memo-endorsed Order filed on May 17, 2022 (ECF No. 52), the parties write respectfully to provide a status report in this Freedom of Information Act ("FOIA") action.

    CENTCOM has concluded its initial productions of records responsive to Plaintiff's FOIA requests. Following discussions between the parties, CENTCOM conducted supplemental searches for eight incidents and is in the process of reviewing the search results to identify any responsive records. When the responsiveness review is completed, CENTCOM will advise Plaintiff and, to the extent CENTCOM identifies responsive records, it will propose a schedule for processing such records.

    The parties propose to submit a further status report on or before September 15, 2022.

*[Handwritten: Status report is due September 22, 2022. Denise Cote 7/15/22]*

                                                  Respectfully,

                                                  DAMIAN WILLIAMS
                                                  United States Attorney

                           By:    */s/ Sarah S. Normand*
                                        SARAH S. NORMAND
                                        Assistant United States Attorney
                                        Telephone: (212) 637-2709
                                        Email: sarah.normand@usdoj.gov
                                        *Counsel for Defendants*

                                                  */s/ Katie Townsend*
                                                  Katie Townsend
                                                  The Reporters Committee for