

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

November 21, 2022

<u>BY ECF</u>
Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

      Re:    *Khan v. U.S. Department of Defense et al.,*
            18 Civ. 5334 (DLC)

Dear Judge Cote:

      In accordance with the Court's memo-endorsed Order filed on July 15, 2022 (ECF No. 54), the parties write respectfully to provide a status report in this Freedom of Information Act ("FOIA") action.

      CENTCOM had previously concluded its initial productions of records responsive to the three FOIA requests that are the subject of this litigation, which concern incidents of reported civilian casualties from military strikes. Following discussions between the parties, CENTCOM conducted supplemental searches for eight reported incidents, and made a production of responsive records on November 18, 2022. After Plaintiff has had an opportunity to review this production, the parties will meet and confer to determine whether any issues remain for litigation.

The parties propose to submit a further status report on or before January 23, 2023.

                        Respectfully,

                        DAMIAN WILLIAMS
                        United States Attorney

By:    /s/ *Sarah S. Normand*
        SARAH S. NORMAND
        Assistant United States Attorney
        Telephone: (212) 637-2709
        Email: sarah.normand@usdoj.gov
        *Counsel for Defendants*


        */s/ Katie Townsend*
        Katie Townsend
        The Reporters Committee for
        Freedom of the Press
        1156 15th Street NW
        Suite 1020
        Washington, D.C. 20005
        Phone: 202.795.9300
        Email: ktownsend@rcfp.org
        *Counsel for Plaintiff*

*[Handwritten annotation:]* Granted – Status letter is due 1/23/23. /s/ Denise Cote 11/21/22